JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE B. EMMERT ) <br> ) <br> **Plaintiff(s),** ) <br> ) <br> v. ) <br> ) <br> ) <br> O'LEARY & PARTNERS, ET. AL., ) <br> ) <br> **Defendant(s).** ) <br> ) <br> ) <br> _____ ) | **CASE NO.** SA CV07-0220-DOC(SHx) <br><br> **O R D E R DISMISSING ACTION WITH PREJUDICE** |

The parties having stipulated that this action may be dismissed with prejudice,

**IT IS ORDERED.**

DATED: June 30, 2008

_____
DAVID O. CARTER
United States District Judge